1

2

3

4

5

6

7

8

9

10

11 **IN THE UNITED STATES DISTRICT COURT**

12 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14 CARLOS GILBERT LAW,                    CASE NO. CV F 06-1061 OWW LJO

15                    Plaintiff,          **ORDER TO ADOPT FINDINGS AND**
                                          **RECOMMENDATIONS TO DISMISS ACTION**

16          vs.

17 KENNY BENITEZ,
   et al.,

18

19                    Defendants.
   _____/

20                            **BACKGROUND**

21          Plaintiff Carlos Gilbert Law ("plaintiff") is a state prisoner and proceeds pro se and in forma

22 pauperis in this purported civil rights action.  On August 14, 2006, plaintiff filed his original form 42

23 U.S.C. § 1983 complaint ("original complaint") to allege that defendant Kenny Benitez ("Mr. Benitez"),

24 a Valero gas station clerk, assaulted plaintiff.  The original complaint also named "Valero Gas Station

25 Owners" as defendants and sought "money damages from each person held lible [sic]."  The magistrate

26 judge issued his August 17, 2006 order to dismiss plaintiff's original complaint on grounds that it failed

27 to allege a cognizable claim and to establish this Court's jurisdiction and appeared intended to vex

28 defendants.

1

On August 28, 2006, plaintiff filed his form amended complaint ("amended complaint") to appear to name Mr. Benitez and "Valero gas station owners" as defendants.  The magistrate judge construed the amended complaint to attempt to allege civil rights claims under 42 U.S.C. § 1981 ("section 1981").  The amended complaint acknowledges that "defendants are not under color of state law" and alleges plaintiff was denied service "because of my race."

The magistrate judge issued September 1, 2006 findings and recommendations to dismiss this action without prejudice on grounds that the amended complaint fails to satisfy pleading requirements and to allege a cognizable section 1981 or otherwise valid claim and appears intended to vex defendants.  Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  After evaluating the record, this Court finds the magistrate judge's September 1, 2006 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1.      ADOPTS in full the magistrate judge's September 1, 2006 findings and recommendations;

2.      DISMISSES this action without prejudice on grounds that the amended complaint fails to satisfy pleading requirements and to allege a cognizable section 1981 or otherwise valid claim and appears intended to vex defendants; and

3.      DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:    December 14, 2006**                            **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE

2